No. 5800. GILKEY v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. ▇

No. 5805. HOUP v. NEBRASKA ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. ▇

No. 5831. RUCKER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5835. MILLER v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. ▇

No. 6055. JONES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. ▇

No. 925. EVANS v. UNITED STATES;
No. 930. AMABILE v. UNITED STATES; and
No. 1032. BATTAGLIA v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. Reported below: 432 F. 2d 1115.

No. 1020. TEITELBAUM v. UNITED STATES;
No. 1029. ROSELLI v. UNITED STATES; and
No. 1034. JACOBS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. Reported below: 432 F. 2d 879.